IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Maassey, Lauderdale | Case Number: 05 B 43095 |
|---|---|---|
| | Massey, Michelle | Judge: Hollis, Pamela S |
| | Printed: 10/22/08 | Filed: 10/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 16, 2008
Confirmed: December 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,994.49 | |
| Secured: | | 11,276.60 |
| Unsecured: | | 1,148.23 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 869.66 |
| Other Funds: | | 0.00 |
| Totals: | 15,994.49 | 15,994.49 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 9,635.32 | 9,635.32 |
| 4. | WFS Financial | Secured | 1,641.28 | 1,641.28 |
| 5. | ECast Settlement Corp | Unsecured | 31.97 | 31.97 |
| 6. | Resurgent Capital Services | Unsecured | 64.20 | 64.20 |
| 7. | Capital One | Unsecured | 143.85 | 143.85 |
| 8. | ECast Settlement Corp | Unsecured | 31.36 | 31.36 |
| 9. | Nissan Motor Acceptance Corporation | Unsecured | 0.00 | 0.00 |
| 10. | Capital One | Unsecured | 256.82 | 256.82 |
| 11. | Portfolio Recovery Associates | Unsecured | 26.34 | 26.34 |
| 12. | WFS Financial | Unsecured | 67.38 | 67.38 |
| 13. | Resurgent Capital Services | Unsecured | 293.73 | 293.73 |
| 14. | Portfolio Recovery Associates | Unsecured | 232.58 | 232.58 |
| 15. | First USA | Unsecured | | No Claim Filed |
| 16. | Radiology Consultants Ltd | Unsecured | | No Claim Filed |
| 17. | Hematology Oncology Assoc | Unsecured | | No Claim Filed |
| 18. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 19. | Midwest Orthopaedics | Unsecured | | No Claim Filed |
| 20. | Oak Park Hospital | Unsecured | | No Claim Filed |
| 21. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 22. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 23. | Children's Surgical Foundation | Unsecured | | No Claim Filed |
| 24. | RUMC-University Neurologists | Unsecured | | No Claim Filed |
| 25. | University Hospitals | Unsecured | | No Claim Filed |
| 26. | University Hospitals | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Maassey, Lauderdale  
Massey, Michelle  
Printed: 10/22/08

Case Number: 05 B 43095  
Judge: Hollis, Pamela S  
Filed: 10/3/05

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 28. | Ultra Care | Unsecured | | No Claim Filed |
| 29. | University Cardiolist | Unsecured | | No Claim Filed |
| 30. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | $ 15,124.83 | $ 15,124.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 187.00 |
| 5% | 43.25 |
| 4.8% | 122.88 |
| 5.4% | 390.15 |
| 6.5% | 126.38 |
| | $ 869.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

